IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES REID, individually and on behalf of all others similarly situated,** | : | |
| Plaintiff | : | |
| v. | : | CIV. NO. 09-5262 |
| **HEMISPHERX BIOPHARMA, INC., AND WILLIAM A. CARTER,** | : | |
| Defendants | : | |
| **PAUL MCGOVERN, individually and on behalf of all others similarly situated,** | : | |
| Plaintiff | : | |
| v. | : | CIV. NO. 09-5682 |
| **HEMISPHERX BIOPHARMA, INC., AND WILLIAM A. CARTER,** | : | |
| Defendants | : | |
| **CATHERINE A. KLETMAN, individually and on behalf of all others similarly situated,** | : | |
| Plaintiff | : | |
| v. | : | CIV. NO. 09-5870 |
| **HEMISPHERX BIOPHARMA, INC., AND WILLIAM A. CARTER,** | : | |
| Defendants | : | |
| **STUART SCHUPLER and SHIJING LIN, on behalf of themselves and all others similarly situated,** | : | |
| Plaintiff | : | |
| v. | : | CIV. NO. 09-5931 |
| **HEMISPHERX BIOPHARMA, INC., AND WILLIAM A. CARTER,** | : | |
| Defendants | : | |
| **GEORGE M. DAFORNO, individually and on behalf of all others similarly situated,** | : | |
| Plaintiff | : | |
| v. | : | CIV. NO. 09-6173 |

|  |  |
|---|---|
| HEMISPHERX BIOPHARMA, INC., AND WILLIAM A. CARTER,<br>　　　　Defendants | : <br> : <br> : <br> : |

| | |
|---|---|
| MICHAEL K. HANNA, derivatively on behalf of Hemispherx Biopharma, Inc.,<br>　　　　Plaintiff<br>　v.<br>WILLIAM A. CARTER, et al.<br>　　　　Defendants | :<br>:<br>:<br>:　CIV. NO. 09-6160<br>:<br>:<br>: |

| | |
|---|---|
| ROBERT RANK, derivatively on behalf of Hemispherx Biopharma, Inc.,<br>　　　　Plaintiff<br>　v.<br>WILLIAM A. CARTER et al.,<br>　　　　Defendants | :<br>:<br>:<br>:　CIV. NO. 10-262<br>:<br>:<br>: |

| | |
|---|---|
| GARY BONET, derivatively on behalf of Hemispherx Biopharma, Inc.,<br>　　　　Plaintiff<br>　v.<br>WILLIAM A. CARTER,<br>　　　　Defendants | :<br>:<br>:<br>:　CIV. NO. 10-326<br>:<br>:<br>: |

## ORDER

On February 9, 2010, I consolidated Civil Action Nos. 09-5262, 09-5682, 09-5870, 09-5931, and 09-6173 -- five related securities class actions -- for all purposes, including discovery and trial. I also consolidated Civil Action Nos. 09-6160, 10-262, and 10-326 -- three related shareholder derivative suits -- for the purposes of discovery only. I ordered the Clerk of Court to close Civil Action

Nos. 09-5682, 09-5870, 09-5931, and 09-6173 for all purposes and to place Civil Action Nos. 09-6160, 10-262, and 10-326 in the Civil Suspense File. I further ordered the Parties to file all pleadings, motions, discovery, and other matters in Civil Action No. 09-5262 as the lead case. Finally, I appointed the Hemispherx Investor Group as Lead Plaintiff and the law firms of Berger Montague and Brower Piven as Lead Counsel in the securities class actions. *(Doc. No. 26.)*

On August 17, 2010, Plaintiff's Lead Counsel and defense counsel submitted a joint letter to my Chambers, indicating that "the parties to the [consolidated] securities class action[s] have agreed to a settlement in principle" and requesting "30 days [from] the end of the week" to file a Joint Motion for Preliminary Approval of Settlement. I will grant the Parties' request.

**AND NOW,** this 18th day of August, 2010, it is hereby **ORDERED** as follows:

1. Lead Plaintiff's Counsel and defense counsel shall file a Joint Motion for Preliminary Approval of Settlement no later than **Monday, September 20, 2010;**

2. Defendants' "Motion to Permit Discovery of Improper Communications between Lead Plaintiff's Counsel and Cassandra Petrice" *(Doc. No. 56)* is **DENIED as moot;**

3. Civil Action Nos. 09-6160, 10-262, and 10-326 -- the three derivative actions -- shall remain consolidated. The Clerk of Court shall **REMOVE** Civil Action No. 09-6160 from the Civil Suspense File, and all pleadings, motions, discovery, and other matters in these cases shall be filed in Civil Action No. 09-6160 as the **LEAD CASE.** Civil Action Nos. 10-262 and 10-326 shall **REMAIN** in suspense; and

4. The deadlines set forth in my June 29, 2010 Amended Case Management Order *(Doc. No. 55)* are hereby **STAYED** as to the five securities class actions. These deadlines shall remain in effect, however, as to the three derivative actions.

                              **IT IS SO ORDERED.**

                              */s/ Paul S. Diamond*

                              _____
                              **Paul S. Diamond, J.**